# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:                 Greenspan v. Random House, Inc. et al

District Court Number:        11cv12000-RBC

Fee:    Paid?   Yes _____  No __X__   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes _____ No __X__          Sealed documents        Yes _____ No __X__
*If yes, document #*      _____          *If yes, document #*      _____

*Ex parte* documents    Yes _____ No __X__          Transcripts              Yes __X__ No _____
*If yes, document #*      _____          *If yes, document #*      55

Notice of Appeal filed by: Plaintiff/Petitioner __X__    Defendant/Respondent _____   Other: _____

Appeal from:

## #75 Order and #78 Order

Other information:

　

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #75, #78, and #79

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 79_____ filed on May 30, 2014_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 2, 2014_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL,CONSENT,COPYRT

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:11–cv–12000–RBC

Greenspan v. Random House, Inc. et al

Assigned to: Magistrate Judge Robert B. Collings

Case in other court:  First Circuit, 12–01594

Cause: 17:101 Copyright Infringement

Date Filed: 11/18/2011

Date Terminated: 05/09/2012

Jury Demand: Plaintiff

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**Pro Se Party Aaron Greenspan**               represented by

**Aaron Greenspan**
884 College Avenue
Palo Alto, CA 94306–1303
415–670–9350
Fax: 415–373–3959
Email: greenspan@post.harvard.edu
PRO SE

**Marvin N. Cable**
Law Offices of Marvin Cable
PO Box 1630
Northampton, MA 01061
413–268–6500
Fax: 413–268–6500
Email: law@marvincable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Random House, Inc.**               represented by

**Bradley H. Ellis**
Sidley Austin LLP
555 W. Fifth Street
40th Floor
Los Angeles, CA 90013
213–896–6000
Fax: 213–896–6600
Email: bellis@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
Holland &Knight, LLP
10 St. James Avenue
Boston, MA 02116

617–573–5839
Email: gordon.katz@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
Sidley Austin LLP
555 W. Fifth Street
40th Floor
Los Angeles, CA 90013
213–896–6000
Fax: 213–896–6600
Email: scontopulos@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin M. McGovern**
Holland &Knight, LLP
10 St. James Avenue
Suite 12
Boston, MA 02116
617–619–9276
Fax: 617–523–6850
Email: benjamin.mcgovern@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mezco, Inc.**                    represented by  **Bradley H. Ellis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin M. McGovern**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin Mezrich**                    represented by  **Bradley H. Ellis**

2

*also known as*
Benjamin Mezrick

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon P. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin M. McGovern**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Pictures Industries, Inc.**    represented by    **Dustin F. Hecker**
*also known as*                                              Posternak, Blankstein &Lund
Sony Pictures                                               Prudential Tower
*also known as*                                              800 Boylston Street
Columbia Tristar Motion Picture Group                       Boston, MA 02199–8004
                                                            617–973–6100
                                                            Fax: 617–722–4927
                                                            Email: dhecker@pbl.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin T. Baine**
                                                            Williams &Connolly LLP
                                                            725 Twelfth Street, N.W.
                                                            Washington, DC 20005
                                                            202–434–5010
                                                            Fax: 202–434–5018
                                                            Email: kbaine@wc.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Megan A. Hughes**
                                                            Williams &Connolly LLP
                                                            725 Twelfth Street, N.W.
                                                            Washington, DC
                                                            202–434–5920
                                                            Fax: 202–434–5029
                                                            Email: mhughes@wc.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/18/2011 | 1 | | COMPLAINT for Injunctive Relief against Benjamin Mezrick, Mezco, Inc., Random House, Inc., Columbia Pictures Industries, Inc., filed by Aaron Greenspan. (Attachments: # 1 Civil Cover Sheet)(Gaudet, Jennifer) (Entered: 11/18/2011) |
| 11/18/2011 | 2 | | NOTICE of Case Assignment. Magistrate Judge Robert B. Collings assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the attached General Order and Notice regarding Consent to Proceed before the Magistrate Judge. These documents will be mailed to counsel not receiving notice electronically. (Folan, Karen) (Entered: 11/18/2011) |
| 11/18/2011 | 3 | | General Order 09−1, dated January 6, 2009 regarding the E−Government Act and Personal Identifiers entered. (Gaudet, Jennifer) (Entered: 11/18/2011) |
| 11/18/2011 | 4 | | Summons Issued as to Columbia Pictures Industries, Inc., Mezco, Inc., Benjamin Mezrick, Random House, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Gaudet, Jennifer) (Entered: 11/18/2011) |
| 11/18/2011 | 5 | | MOTION for Permission for Electronic Case Filing by Aaron Greenspan. (Attachments: # 1 Text of Proposed Order)(Gaudet, Jennifer) (Entered: 11/18/2011) |
| 11/21/2011 | | | Filing fee/payment: $ 350.00, receipt number 1BST027549 for 1 Complaint (Russo, Patricia) (Entered: 11/21/2011) |
| 11/29/2011 | | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting 5 Motion for Permission for electronic case filing (Russo, Noreen) (Entered: 11/29/2011) |
| 12/08/2011 | 6 | | Assented to MOTION for Extension of Time to January 6, 2011 to File Answer *or other responsive pleading* by Columbia Pictures Industries, Inc., Mezco, Inc., Benjamin Mezrich, Random House, Inc..(McGovern, Benjamin) (Entered: 12/08/2011) |
| 12/08/2011 | | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting 6 Motion for Extension of Time to Answer Columbia Pictures Industries, Inc. answer due 1/6/2012; Mezco, Inc. answer due 1/6/2012; Benjamin Mezrich answer due 1/6/2012; Random House, Inc. answer due 1/6/2012. (Dolan, Kathleen) (Entered: 12/08/2011) |
| 12/08/2011 | 7 | | NOTICE of Appearance by Dustin F. Hecker on behalf of Columbia Pictures Industries, Inc. (Hecker, Dustin) (Entered: 12/08/2011) |
| 12/08/2011 | | | ELECTRONIC NOTICE TO COUNSEL: Notification forms indicating whether or not a party has consented to proceed before a U.S. Magistrate Judge have not been received in the Clerk's Office. The submission of the form is mandatory. Completed forms should be filed promptly. Additional forms can be obtained on the Court's web page at |

| | | | |
|---|---|---|---|
| | | | http://www.mad.uscourts.gov. (Russo, Noreen) (Entered: 12/08/2011) |
| 12/12/2011 | 8 | | CONSENT by all parties to Jurisdiction by US Magistrate Judge by Columbia Pictures Industries, Inc., Aaron Greenspan, Mezco, Inc., Benjamin Mezrich, Random House, Inc... (McGovern, Benjamin) (Entered: 12/12/2011) |
| 12/12/2011 | 9 | | NOTICE of Initial Rule 16(b) Scheduling Conference set for 1/25/2012 at 02:30 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (See attached Order for details). (Dolan, Kathleen) (Entered: 12/12/2011) |
| 12/13/2011 | 10 | | NOTICE of Appearance by Gordon P. Katz on behalf of Mezco, Inc., Benjamin Mezrich, Random House, Inc. (Katz, Gordon) (Entered: 12/13/2011) |
| 12/13/2011 | 11 | | NOTICE of Appearance by Benjamin M. McGovern on behalf of Mezco, Inc., Benjamin Mezrich, Random House, Inc. (McGovern, Benjamin) (Entered: 12/13/2011) |
| 12/21/2011 | 12 | | MOTION for Leave to Appear Pro Hac Vice for admission of Stephen G. Contopulos Filing fee: $ 50, receipt number 0101−3728179 by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (Attachments: # 1 Exhibit A)(McGovern, Benjamin) (Entered: 12/21/2011) |
| 12/21/2011 | 13 | | MOTION for Leave to Appear Pro Hac Vice for admission of Bradley H. Ellis Filing fee: $ 50, receipt number 0101−3728196 by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (Attachments: # 1 Exhibit A)(McGovern, Benjamin) (Entered: 12/21/2011) |
| 12/21/2011 | | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 12 Motion for Leave to Appear Pro Hac Vice; Added Stephen G. Contopulos. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then go to Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Dolan, Kathleen) (Entered: 12/22/2011) |
| 12/21/2011 | | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 13 Motion for Leave to Appear Pro Hac Vice Added Bradley H. Ellis. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then go to Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Dolan, Kathleen) (Entered: 12/22/2011) |
| 12/23/2011 | 14 | | MOTION for Leave to Appear Pro Hac Vice for admission of Kevin T. Baine Filing fee: $ 50, receipt number 0101−3732642 by Columbia Pictures Industries, Inc.. (Attachments: # 1 Exhibit Certificate of Kevin T. Baine)(Hecker, Dustin) (Entered: 12/23/2011) |
| 12/23/2011 | 15 | | MOTION for Leave to Appear Pro Hac Vice for admission of Megan A. Hughes Filing fee: $ 50, receipt number 0101−3732701 by Columbia Pictures Industries, Inc.. (Attachments: # 1 Exhibit Certificate of Megan A. Hughes)(Hecker, Dustin) (Entered: 12/23/2011) |
| 12/23/2011 | | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 14 Motion for Leave to Appear Pro Hac Vice Added Kevin T. Baine. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case** |

| | | | |
|---|---|---|---|
| | | | **Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Dolan, Kathleen) (Entered: 12/29/2011) |
| 12/23/2011 | | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 15 Motion for Leave to Appear Pro Hac Vice Added Megan A. Hughes. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Dolan, Kathleen) (Entered: 12/29/2011) |
| 01/05/2012 | 16 | | MOTION to Continue Scheduling Conference to February 15/16, 2012 by Columbia Pictures Industries, Inc., Mezco, Inc., Benjamin Mezrich, Random House, Inc..(McGovern, Benjamin) (Entered: 01/05/2012) |
| 01/06/2012 | 17 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Mezco, Inc., Benjamin Mezrich, Random House, Inc..(McGovern, Benjamin) (Entered: 01/06/2012) |
| 01/06/2012 | 18 | | MEMORANDUM in Support re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (Attachments: # 1 Appendix)(McGovern, Benjamin) (Entered: 01/06/2012) |
| 01/06/2012 | 19 | | AFFIDAVIT in Support re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McGovern, Benjamin) (Entered: 01/06/2012) |
| 01/06/2012 | 20 | | Proposed Document(s) submitted by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. Document received: Proposed Order. (McGovern, Benjamin) (Entered: 01/06/2012) |
| 01/06/2012 | 21 | | *DUPLICATE filed in error* CORPORATE DISCLOSURE STATEMENT by Columbia Pictures Industries, Inc. identifying Corporate Parent Columbia Pictures Industries, Inc. for Columbia Pictures Industries, Inc... (Hecker, Dustin) Modified on 1/6/2012 (Russo, Noreen). (Entered: 01/06/2012) |
| 01/06/2012 | 22 | | MOTION to Dismiss *Complaint* by Columbia Pictures Industries, Inc..(Hecker, Dustin) (Entered: 01/06/2012) |
| 01/06/2012 | 23 | | MEMORANDUM in Support re 22 MOTION to Dismiss *Complaint* filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 01/06/2012) |
| 01/06/2012 | 24 | | AFFIDAVIT in Support re 22 MOTION to Dismiss *Complaint*, 23 Memorandum in Support of Motion . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Hecker, Dustin) (Entered: 01/06/2012) |
| 01/06/2012 | 25 | | CERTIFICATE OF CONSULTATION pursuant to LR 7.1 re 24 Affidavit in Support, 22 MOTION to Dismiss *Complaint*, 23 Memorandum in Support of Motion by Dustin F. Hecker on behalf of Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 01/06/2012) |
| 01/06/2012 | 26 | | CORPORATE DISCLOSURE STATEMENT by Columbia Pictures Industries, Inc. identifying Corporate Parent Sony Corporation for Columbia Pictures Industries, Inc... (Hecker, Dustin) (Entered: 01/06/2012) |

| 01/10/2012 | | | Magistrate Judge Robert B. Collings: ENDORSED ORDER entered granting 16 Motion to Continue Hearing: Scheduling Conference set for 2/16/2012 at 02:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 01/10/2012) |
|---|---|---|---|
| 01/12/2012 | 27 | | CORPORATE DISCLOSURE STATEMENT by Mezco, Inc., Random House, Inc.. (McGovern, Benjamin) (Entered: 01/12/2012) |
| 01/17/2012 | 28 | | RESPONSE to Motion re 22 MOTION to Dismiss *Complaint*, 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 01/17/2012) |
| 01/17/2012 | 29 | | MEMORANDUM in Opposition re 22 MOTION to Dismiss *Complaint*, 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Aaron Greenspan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Greenspan, Aaron) (Entered: 01/17/2012) |
| 01/18/2012 | | | ELECTRONIC NOTICE OF RESCHEDULING (TIME ONLY) Scheduling Conference re−set for 2/16/2012 @ 03:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/18/2012) |
| 02/02/2012 | 30 | | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (Attachments: # 1 Exhibit A (Proposed Reply Memorandum))(McGovern, Benjamin) (Entered: 02/02/2012) |
| 02/02/2012 | 31 | | MOTION to Strike *Exhibits Attached to Plaintiff's Opposition* by Mezco, Inc., Benjamin Mezrich, Random House, Inc..(McGovern, Benjamin) (Entered: 02/02/2012) |
| 02/02/2012 | 32 | | MOTION for Leave to File *Reply Brief* by Columbia Pictures Industries, Inc.. (Attachments: # 1 Exhibit A)(Hecker, Dustin) (Entered: 02/02/2012) |
| 02/02/2012 | 33 | | RESPONSE to Motion re 31 MOTION to Strike *Exhibits Attached to Plaintiff's Opposition* filed by Aaron Greenspan. (Greenspan, Aaron) (Additional attachment(s) added on 2/3/2012: # 1 Exhibit A) (Anderson, Jennifer). (Main Document 33 replaced on 2/3/2012) (Anderson, Jennifer). (Entered: 02/02/2012) |
| 02/05/2012 | 34 | | RESPONSE to Motion re 30 MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss*, 32 MOTION for Leave to File *Reply Brief* filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 02/05/2012) |
| 02/06/2012 | 35 | | AMENDED NOTICE of Scheduling Conference set for 2/16/2012 at 03:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Please see Order Attached).(Dolan, Kathleen) (Entered: 02/06/2012) |
| 02/08/2012 | 36 | | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Columbia Pictures Industries, Inc..(Hecker, Dustin) (Entered: 02/08/2012) |
| 02/08/2012 | 37 | | JOINT SUBMISSION pursuant to Local Rule 16.1 *[Proposed] Joint Discovery Plan* by Columbia Pictures Industries, Inc., Aaron Greenspan, Mezco, Inc., Benjamin Mezrich, Random House, Inc..(Hecker, Dustin) (Entered: 02/08/2012) |
| 02/08/2012 | 38 | | CERTIFICATION pursuant to Local Rule 16.1 *by Random House, Inc.,* |

| | | | |
|---|---|---|---|
| | | | *Benjamin Mezrich and Mezco, Inc.*. (McGovern, Benjamin) (Entered: 02/08/2012) |
| 02/09/2012 | | | ELECTRONIC NOTICE Setting Hearing on Motion 30 MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss*, 31 MOTION to Strike *Exhibits Attached to Plaintiff's Opposition*, 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION for Leave to File *Reply Brief*, 22 MOTION to Dismiss *Complaint* : Motion Hearing set for 2/16/2012 at 03:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 02/09/2012) |
| 02/13/2012 | | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting 30 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document.; granting 32 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Entered: 02/13/2012) |
| 02/14/2012 | 39 | | MEMORANDUM in Support re 22 MOTION to Dismiss *Complaint Reply Memorandum of Law* filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 02/14/2012) |
| 02/14/2012 | 40 | | REPLY to Response to 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (McGovern, Benjamin) (Entered: 02/14/2012) |
| 02/16/2012 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings: Scheduling Conference held on 2/16/2012. *SCHEDULING ORDER:* All non–expert discovery shall be filed and/or served on or before the close of buisness on November 19, 2012 and completed on or before the close of business on December 21, 2012. Automatic disclosures shall be completed within fourteen (14) days after the Court's rulings on the pending motions to dismiss. Initial sets of interrogatories and requests for production of documents shall be served within forty–four (44) days after the Court's rulings on the pending motions to dismiss. Motion Hearing held on 2/16/2012 re 22 MOTION to Dismiss *Complaint* filed by Columbia Pictures Industries, Inc., 17 MOTION to Dismiss for Failure to State a Claim filed by Mezco, Inc., Random House, Inc., Benjamin Mezrich, 31 MOTION to Strike *Exhibits Attached to Plaintiff's Opposition* filed by Mezco, Inc., Random House, Inc., Benjamin Mezrich. After hearing, motions taken under advisement. (Court Reporter: Digital Recording – For transcripts or CDs contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov.)(Attorneys present: Greenspan (*pro se*, Ellis, McGovern, Hecker, Baine, Hughes,) (Entered: 02/16/2012) |
| 02/17/2012 | | | Set Deadlines: Discovery to be completed by 12/21/2012. (Anderson, Jennifer) (Entered: 02/17/2012) |
| 02/20/2012 | 41 | | MOTION for Leave to File *First Amended Complaint* by Aaron Greenspan. |

8

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit [Proposed] First Amended Complaint)(Greenspan, Aaron) (Entered: 02/20/2012) |
| 02/28/2012 | 42 | Opposition re 41 MOTION for Leave to File *First Amended Complaint* filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (McGovern, Benjamin) (Entered: 02/28/2012) |
| 03/02/2012 | 43 | REPLY to Response to 41 MOTION for Leave to File *First Amended Complaint* filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 03/02/2012) |
| 03/05/2012 | 44 | *DUPLICATE* SEE # 45 MEMORANDUM in Support of re 22 MOTION to Dismiss filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) Modified on 3/14/2012 to correct event docket entry used. (Geraldino–Karasek, Clarilde). Modified on 3/16/2012 (Russo, Noreen). (Entered: 03/05/2012) |
| 03/05/2012 | 45 | MEMORANDUM in Opposition re 41 MOTION for Leave to File *First Amended Complaint* filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 03/05/2012) |
| 03/17/2012 | 46 | Request for Judicial Notice *in Support of Plaintiff's Motion for Leave to File a First Amended Complaint* by Aaron Greenspan. (Greenspan, Aaron) (Entered: 03/17/2012) |
| 03/20/2012 | 47 | NOTICE of Appearance by Marvin N. Cable on behalf of Aaron Greenspan (Cable, Marvin) (Entered: 03/20/2012) |
| 03/28/2012 | 48 | *Opposition to Plaintiff's Request for Judicial Notice* Response by Columbia Pictures Industries, Inc. to 46 Request for Judicial Notice . (Hecker, Dustin) (Entered: 03/28/2012) |
| 05/09/2012 | 49 | Magistrate Judge Robert B. Collings: ORDER entered. MEMORANDUM AND ORDER ON MOTION FOR LEAVE TO FILE FIRST AMDENDED [sic] COMPLAINT (#41) denying 41 Motion for Leave to File Document. (Russo, Noreen) (Entered: 05/09/2012) |
| 05/09/2012 | 50 | Magistrate Judge Robert B. Collings: ORDER entered. MEMORANDUM AND ORDER ON MOTION OF RANDOM HOUSE, INC., MEZCO, INC., AND BENJAMIN MEZRICH TO DISMISS WITH PREJUDICE (#17) AND DEFENDANT COLUMBIA PICTURES INDUSTRIES, INC.'S MOTION TO DISMISS COMPLAINT (#22) granting motions 17 and 22 to Dismiss. (Russo, Noreen) (Entered: 05/09/2012) |
| 05/09/2012 | 51 | Magistrate Judge Robert B. Collings: ORDER entered. JUDGMENT (Russo, Noreen) (Entered: 05/09/2012) |
| 05/09/2012 | | Civil Case Terminated. (Russo, Noreen) (Entered: 05/09/2012) |
| 05/09/2012 | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered finding as moot 31 Motion to Strike (Russo, Noreen) (Entered: 05/09/2012) |
| 05/10/2012 | 52 | NOTICE OF APPEAL as to 50 Order on Motion to Dismiss for Failure to State a Claim,,,, 51 Judgment by Aaron Greenspan NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be |

| | | | |
|---|---|---|---|
| | | | completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm.** US District Court Clerk to deliver official record to Court of Appeals by 5/30/2012. (NOTE: pro se litigant Aaron Greenspan contacted clerk's office when he was unable to file document using assigned login and password. The document was forwarded to the clerk and e–filed on his behalf.)(Hurley, Virginia) (Entered: 05/10/2012) |
| 05/11/2012 | 53 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 52 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/11/2012) |
| 05/14/2012 | | | USCA Case Number 12–1594 for 52 Notice of Appeal, filed by Aaron Greenspan. (Ramos, Jeanette) (Entered: 05/14/2012) |
| 05/17/2012 | 54 | | TRANSCRIPT ORDER FORM by Aaron Greenspan before Magistrate Judge Robert B. Collings, re 52 Notice of Appeal,,,, Transcript due by 5/24/2012. (Greenspan, Aaron) (Main Document 54 replaced on 5/21/2012 to con document to PDF) (York, Steve). ). (Entered: 05/17/2012) |
| 05/29/2012 | 55 | | Transcript of Scheduling Conference and Motions Hearing held on February 16, 2012, before Magistrate Judge Robert B. Collings. COA Case No. 12–1594. The Transcript may be purchased through Judy Bond Gonsalves at 508–984–7003, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: No Reporter Used. Digital Recording transcribed by Judy Bond Gonsalves. Redaction Request due 6/19/2012. Redacted Transcript Deadline set for 6/29/2012. Release of Transcript Restriction set for 8/27/2012. (Scalfani, Deborah) (Main Document 55 replaced on 5/29/2012) (Scalfani, Deborah). (Entered: 05/29/2012) |
| 05/29/2012 | | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 05/29/2012) |
| 05/29/2012 | | | USCA Appeal Fees received $455 receipt number 1BST030982 re 52 Notice of Appeal filed by Aaron Greenspan. (MacDonald, Gail) (Entered: 05/29/2012) |
| 07/12/2012 | 56 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 52 Notice of Appeal, Documents included: Exhibits A through D (Ramos, Jeanette) (Entered: 07/12/2012) |
| 10/17/2012 | 57 | | USCA Judgment as to 52 Notice of Appeal, filed by Aaron Greenspan. The judgment of the district court is AFFIRMED. Judgment issued in the USCA 10/16/2012 (Ramos, Jeanette) (Entered: 10/17/2012) |
| 02/20/2013 | 58 | | Case Appealed to Supreme Court, Case Number 12–965.The petition for a writ of certiorari in the above entitled case was filed on January 28, 2013. (Ramos, Jeanette) (Main Document 58 replaced on 2/20/2013) (Ramos, |

| | | | |
|---|---|---|---|
| | | | Jeanette). (Entered: 02/20/2013) |
| 04/15/2013 | 59 | | Order entered from the U.S. Supreme Court. The Petition for a Writ of Certiorari is Denied. (Paine, Matthew) (Entered: 04/25/2013) |
| 11/06/2013 | 60 | | MOTION to Reopen Case *Pursuant to Rule 60(b)* by Aaron Greenspan.(Greenspan, Aaron) (Entered: 11/06/2013) |
| 11/06/2013 | 61 | | MEMORANDUM in Support re 60 MOTION to Reopen Case *Pursuant to Rule 60(b)* filed by Aaron Greenspan. (Greenspan, Aaron) (Main Document 61 replaced on 11/18/2013 and Additional attachments added on 11/18/2013: # 1 Exhibits, to disclose attachments properly ) (Geraldino–Karasek, Clarilde). (Entered: 11/06/2013) |
| 11/20/2013 | 62 | | MEMORANDUM in Opposition re 60 MOTION to Reopen Case *Pursuant to Rule 60(b) Memorandum of Law in Opposition to Plaintiff's Motion for Relief from a Judgment or Order Pursuant to Rule 60(B)* filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 11/20/2013) |
| 11/20/2013 | 63 | | Opposition re 60 MOTION to Reopen Case *Pursuant to Rule 60(b)* filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (McGovern, Benjamin) (Entered: 11/20/2013) |
| 11/25/2013 | 64 | | MOTION for Leave to File *Reply Memorandum not to exceed ten (10) pages* by Aaron Greenspan. (Attachments: # 1 Exhibit [Proposed] Reply Memorandum in Support of Plaintiff's Motion For Relief From a Judgment or Order Pursuant To Rule 60(b))(Greenspan, Aaron) (Entered: 11/25/2013) |
| 11/25/2013 | 65 | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting to 12/9/13 64 , Motion for Leave to File Document; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Dolan, Kathleen) (Entered: 11/25/2013) |
| 11/25/2013 | 66 | | REPLY to Response to 60 MOTION to Reopen Case *Pursuant to Rule 60(b) [Leave to File Granted on November 25, 2013]* filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 11/25/2013) |
| 12/10/2013 | 67 | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered denying 60 Motion to Reopen Case. First, the motion pursuant to Rule 60(b)(1)(2)(3), Fed. R. Civ. P., is untimely. Rule 60(c)(1), Fed. R. Civ. P. Second, the plaintiff has failed to establish sufficient grounds for relief under Rule 60(b)(5), Fed. R. Civ. P. Third, the Court finds no other circumstances that justify the relief plaintiff seeks. Rule 60(b)(6), Fed. R. Civ. P. (Entered: 12/10/2013) |
| 04/01/2014 | 68 | | MOTION for Reconsideration re 49 Order on Motion for Leave to File, 50 Order on Motion to Dismiss for Failure to State a Claim,,, 51 Judgment by Aaron Greenspan.(Greenspan, Aaron) (Entered: 04/01/2014) |
| 04/01/2014 | 69 | | MEMORANDUM in Support re 68 MOTION for Reconsideration re 49 Order on Motion for Leave to File, 50 Order on Motion to Dismiss for Failure to State a Claim,,, 51 Judgment filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 04/01/2014) |

| 04/15/2014 | 70 | | MEMORANDUM in Opposition re 68 MOTION for Reconsideration re 49 Order on Motion for Leave to File, 50 Order on Motion to Dismiss for Failure to State a Claim,,, 51 Judgment filed by Columbia Pictures Industries, Inc.. (Hecker, Dustin) (Entered: 04/15/2014) |
| 04/15/2014 | 71 | | RESPONSE to Motion re 68 MOTION for Reconsideration re 49 Order on Motion for Leave to File, 50 Order on Motion to Dismiss for Failure to State a Claim,,, 51 Judgment *Pursuant to Rule 60(b)* filed by Mezco, Inc., Benjamin Mezrich, Random House, Inc.. (McGovern, Benjamin) (Entered: 04/15/2014) |
| 04/21/2014 | 72 | | MOTION for Leave to File *Reply Memorandum not to exceed ten (10) pages and [Second Proposed] First Amended Complaint* by Aaron Greenspan. (Attachments: # 1 Exhibit A: [Proposed] Reply Memorandum in Support of Plaintiff's Motion For Relief From a Judgment or Order Pursuant To Rule 60(b)(5), # 2 Exhibit B: [Second Proposed] First Amended Complaint)(Greenspan, Aaron) (Entered: 04/21/2014) |
| 04/24/2014 | 73 | | ELECTRONIC NOTICE issued requesting courtesy copy of Docket No. 72. Counsel who filed this document are requested to submit a courtesy copy to the Clerk's Office as soon as possible. **These documents must be clearly marked as a Courtesy Copy for Magistrate Judge Robert B. Collings and reflect the document number assigned by CM/ECF.** (Dolan, Kathleen) (Entered: 04/24/2014) |
| 05/08/2014 | 74 | | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered granting 72 Motion for Leave to File Document, no opposition having been filed; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Entered: 05/08/2014) |
| 05/08/2014 | 75 | 14 | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered denying 68 Motion for Reconsideration. Judgment in this case entered on May 9, 2012. That judgment was affirmed by the First Circuit Court of Appeals on October 16, 2012 and the Supreme Court denied *certiorari* on April 15, 2013. This is the second motion filed by the plaintiff under Fed. R. Civ. P. 60(b), the first having been denied on December 10, 2013. Presently the plaintiff seeks relief from the judgment pursuant to Rule 60(b)(5), which provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:... (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable." Fed. R. Civ. P. 60(b)(5). Because this case does not fall within the trio of exceptions set forth in rule, the plaintiff is not entitled to relief under its terms. *See Comfort v. Lynn School Committee*, 560 F.3d 22, 26–9 (1 Cir., 2009). Further, the plaintiff's complaint was not dismissed on standing grounds, and nothing in *Lexmark International, Inc. v. Static Control Components, Inc*., – U.S. –, 134 S.Ct. 1377 (2014) undermines the reasons the plaintiff's Lanham Act claim was dismissed. In making this ruling, the Court has considered plaintiff's reply memorandum. Further, the Court at this time denies the request for sanctions notwithstanding the fact that the Court views the motion as without |

| | | | |
|---|---|---|---|
| | | | merit. However, plaintiff is advised that if he files any further meritless motions, the Court shall consider sanctions. Thus, plaintiff would be well advised to consult an attorney before filing any further pleadings in this case. (Entered: 05/08/2014) |
| 05/25/2014 | 76 | | REPLY to Response to 68 MOTION for Reconsideration re 49 Order on Motion for Leave to File, 50 Order on Motion to Dismiss for Failure to State a Claim,,, 51 Judgment *[Leave to File Granted on May 8, 2014]* filed by Aaron Greenspan. (Greenspan, Aaron) (Entered: 05/25/2014) |
| 05/25/2014 | 77 | | AMENDED COMPLAINT *[Second Proposed First Amended Compaint, Leave to File Granted May 8, 2014]* against Benjamin Mezrich, Mezco, Inc., Random House, Inc., Columbia Pictures Industries, Inc., filed by Aaron Greenspan. (Attachments: # 1 Exhibit A: Think Computer Corporation v. Facebook, Inc. Timeline of Events, # 2 Exhibit B: September 1, 2007 New York Times Article by John Markoff Who Founded Facebook? A New Claim Emerges, # 3 Exhibit C: March 15, 2004 Harvard Crimson Article by Matthew A. Gline CrimsonPartiesHookupExchange.com, # 4 Exhibit D: August 5, 2009 and August 10, 2009 Letters to Random House, Inc. and Benjamin Mezrich and Associated Responses, # 5 Exhibit E: July 19, 2009 New York Times Book Review of The Accidental Billionaires by Janet Maslin, # 6 Exhibit F: Quora Web Site Post by Aaron Ray Regarding Accuracy of The Accidental Billionaires and Sony Pictures Litigation Cost–Benefit Analysis, # 7 Exhibit G: Advertorial Reviews of The Accidental Billionaires, # 8 Exhibit H: Various Evidence of Defamation of Aaron Greenspan, # 9 Exhibit I: Evidence of Unjust Enrichment of Benjamin Mezrich, # 10 Exhibit J: November 6, 2011 C–SPAN Interview Excerpt Transcript In Depth with Ben Mezrich, # 11 Exhibit K: Fabrications and Errors in The Accidental Billionaires, # 12 Exhibit L: April 6, 2008 Boston Globe Article: House of cards by Drake Bennett, # 13 Exhibit M: July 19, 2009 Boston Globe Article: Blurring in Billionaires is no accident by Matthew Gilbert, # 14 Exhibit N: E–Mail Correspondence Between Benjamin Mezrich and Aaron Greenspan)(Greenspan, Aaron) (Entered: 05/25/2014) |
| 05/29/2014 | 78 | 16 | Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered. To be clear, the Court allowed ##76 &77 to be filed only so that they would be part of the record. The Court did not grant the plaintiff leave to file an amended complaint; it merely permitted the PROPOSED amended complaint to be filed so that it would be a matter of record as a PROPOSED amended complaint. (Entered: 05/29/2014) |
| 05/30/2014 | 79 | 18 | NOTICE OF APPEAL as to 78 Order, 75 Order on Motion for Reconsideration,,,,,,, by Aaron Greenspan NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 6/19/2014. (Greenspan, Aaron) (Entered: 05/30/2014)** |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Bradley H. Ellis (bellis@sidley.com), Dustin F. Hecker
(dhecker@pbl.com), Kevin T. Baine (kbaine@wc.com), Stephen G. Contopulos
(scontopulos@sidley.com), Marvin N. Cable (cd@marvincable.com, law@marvincable.com), Megan
A. Hughes (mhughes@wc.com), Gordon P. Katz (gordon.katz@hklaw.com,
jennifer.blake@hklaw.com), Benjamin M. McGovern (benjamin.mcgovern@hklaw.com,
cmunsey@sidley.com, laura.nolan@hklaw.com, rallemand@sidley.com), Aaron Greenspan
(greenspan@post.harvard.edu), Magistrate Judge Robert B. Collings
(honorable_robert_collings@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5476214@mad.uscourts.gov
Subject:Activity in Case 1:11-cv-12000-RBC Greenspan v. Random House, Inc. et al Order on
Motion for Reconsideration
Content-Type: text/html
```

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 5/8/2014 at 3:09 PM EDT and filed on 5/8/2014

| | |
|---|---|
| **Case Name:** | Greenspan v. Random House, Inc. et al |
| **Case Number:** | 1:11–cv–12000–RBC |
| **Filer:** | |

**WARNING: CASE CLOSED on 05/09/2012**

**Document Number:** 75(No document attached)

**Docket Text:**

 **Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered denying [68] Motion for Reconsideration. Judgment in this case entered on May 9, 2012. That judgment was affirmed by the First Circuit Court of Appeals on October 16, 2012 and the Supreme Court denied *certiorari* on April 15, 2013. This is the second motion filed by the plaintiff under Fed. R. Civ. P. 60(b), the first having been denied on December 10, 2013. Presently the plaintiff seeks relief from the judgment pursuant to Rule 60(b)(5), which provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:... (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable." Fed. R. Civ. P. 60(b)(5). Because this case does not fall within the trio of exceptions set forth in rule, the plaintiff is not entitled to relief under its terms. *See Comfort v. Lynn School Committee*, 560 F.3d 22, 26–9 (1 Cir., 2009). Further, the plaintiff's complaint was not dismissed on standing grounds, and nothing in *Lexmark International, Inc. v. Static Control Components, Inc.*, – U.S. –, 134 S.Ct. 1377 (2014) undermines the reasons the plaintiff's Lanham Act claim was dismissed. In making this ruling, the Court has considered plaintiff's reply memorandum. Further, the Court at this time denies the request for sanctions notwithstanding the fact that the Court views the motion as without merit. However, plaintiff is advised that if he files any further meritless motions, the Court shall consider sanctions. Thus, plaintiff would be well advised to consult an attorney**

**before filing any further pleadings in this case.**

**1:11−cv−12000−RBC Notice has been electronically mailed to:**

Dustin F. Hecker     dhecker@pbl.com

Gordon P. Katz     gordon.katz@hklaw.com, jennifer.blake@hklaw.com

Benjamin M. McGovern     benjamin.mcgovern@hklaw.com, cmunsey@sidley.com, laura.nolan@hklaw.com, rallemand@sidley.com

Marvin N. Cable     law@marvincable.com, cd@marvincable.com

Stephen G. Contopulos     scontopulos@sidley.com

Bradley H. Ellis     bellis@sidley.com

Kevin T. Baine     kbaine@wc.com

Megan A. Hughes     mhughes@wc.com

Aaron Greenspan     greenspan@post.harvard.edu

**1:11−cv−12000−RBC Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Bradley H. Ellis (bellis@sidley.com), Dustin F. Hecker
(dhecker@pbl.com), Kevin T. Baine (kbaine@wc.com), Stephen G. Contopulos
(scontopulos@sidley.com), Marvin N. Cable (cd@marvincable.com, law@marvincable.com), Megan
A. Hughes (mhughes@wc.com), Gordon P. Katz (gordon.katz@hklaw.com,
jennifer.blake@hklaw.com), Benjamin M. McGovern (benjamin.mcgovern@hklaw.com,
cmunsey@sidley.com, laura.nolan@hklaw.com, rallemand@sidley.com), Aaron Greenspan
(greenspan@post.harvard.edu), Magistrate Judge Robert B. Collings
(honorable_robert_collings@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5508879@mad.uscourts.gov
Subject:Activity in Case 1:11-cv-12000-RBC Greenspan v. Random House, Inc. et al Order
```
Content−Type: text/html

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 5/29/2014 at 4:13 PM EDT and filed on 5/29/2014

| | |
|---|---|
| **Case Name:** | Greenspan v. Random House, Inc. et al |
| **Case Number:** | 1:11−cv−12000−RBC |
| **Filer:** | |

**WARNING: CASE CLOSED on 05/09/2012**

**Document Number:** 78(No document attached)

**Docket Text:**
 **Magistrate Judge Robert B. Collings: ELECTRONIC ORDER entered. To be clear, the Court allowed ##76 &77 to be filed only so that they would be part of the record. The Court did not grant the plaintiff leave to file an amended complaint; it merely permitted the PROPOSED amended complaint to be filed so that it would be a matter of record as a PROPOSED amended complaint.**


**1:11−cv−12000−RBC Notice has been electronically mailed to:**

Dustin F. Hecker    dhecker@pbl.com

Gordon P. Katz    gordon.katz@hklaw.com, jennifer.blake@hklaw.com

Benjamin M. McGovern    benjamin.mcgovern@hklaw.com, cmunsey@sidley.com, laura.nolan@hklaw.com, rallemand@sidley.com

Marvin N. Cable    law@marvincable.com, cd@marvincable.com

Stephen G. Contopulos    scontopulos@sidley.com

Bradley H. Ellis    bellis@sidley.com

Kevin T. Baine    kbaine@wc.com

Megan A. Hughes    mhughes@wc.com

Aaron Greenspan    greenspan@post.harvard.edu

**1:11–cv–12000–RBC Notice will not be electronically mailed to:**

AARON GREENSPAN
greenspan@post.harvard.edu
1132 Boranda Avenue
Mountain View, CA  94040-3145
Phone: +1 415 670 9350
Fax:    +1 415 373 3959

*PRO SE*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

|  |  |
|---|---|
| **AARON GREENSPAN,**<br><br>Plaintiff,<br><br>v.<br><br>**RANDOM HOUSE, INC.; MEZCO, INC.; BENJAMIN MEZRICH; COLUMBIA PICTURES INDUSTRIES, INC. a/k/a SONY PICTURES a/k/a COLUMBIA TRISTAR MOTION PICTURE GROUP**,<br><br>Defendants. | Case No.: 1:11-cv-12000-RBC |

## PLAINTIFF AARON GREENSPAN'S
## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**PLEASE TAKE NOTICE** that Plaintiff Aaron Greenspan, *pro se*, hereby appeals to the

United States Court of Appeals for the First Circuit from the Electronic Orders of the United

States District Court for the District of Massachusetts entered in this action on May 8, 2014

(Docket No. 75) and May 29, 2014 (Docket No. 78).

Respectfully submitted this 30th day of May, 2014.


Aaron Greenspan
1132 Boranda Avenue
Mountain View, CA  94040-3145
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: greenspan@post.harvard.edu

2

## <u>CERTIFICATE OF SERVICE</u>

I, Aaron Greenspan, hereby certify that this document filed through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non-registered participants.


By _____
       Aaron Greenspan
       1132 Boranda Avenue
       Mountain View, CA  94040-3145
       greenspan@post.harvard.edu