## CERTIFICATE OF SERVICE

I, Aaron Greenspan, hereby certify that the United States Court of Appeals for the First Circuit Transcript Report and Transcript Order form CA1-10 filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies have also been sent via electronic mail to those indicated as non-registered participants as of June 4, 2014. Specifically, copies of the aforementioned form have been delivered to:

For Benjamin Mezrich, Mezco, Inc., and Random House, Inc.

Stephen G. Contopulos
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
scontopulos@sidley.com

Bradley H. Ellis
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
bellis@sidley.com

Gordon P. Katz
Holland & Knight, LLP
10 Saint James Avenue
11th Floor
Boston, MA  02116
gordon.katz@hklaw.com

Benjamin M. McGovern
Holland & Knight, LLP
10 Saint James Avenue
11th Floor
Boston, MA  02116
benjamin.mcgovern@hklaw.com

For Columbia Pictures Industries, Inc.

Kevin T. Baine

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
kbaine@wc.com

Dustin F. Hecker
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
dhecker@pbl.com

Megan A. Hughes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
mhughes@wc.com

By _____
Aaron Greenspan
1132 Boranda Avenue
Mountain View, CA 94040-3145
greenspan@post.harvard.edu